UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00044-RJC

| | |
|---|---|
| ROBERT SEMIAN AND OTHER CLIENTS OF MRHRM, )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>ALDRICH PUMP LLC, ET AL )<br>)<br>Appellees. )<br>―――――――――――――――― )<br>)<br>In re )<br>)<br>ALDRICH PUMP LLC, ET AL )<br>)<br>Debtors. )<br>―――――――――――――――― ) | **ORDER** |

**THIS MATTER** comes before the Court on the Motions for Admission *Pro Hac Vice* concerning John Louis Steffan, IV, filed on January 19, 2024, (Doc. No. 5), and Jonathan Ruckdeschel, filed January 22, 2024, (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion. In accordance with Local Rule 83.1(b), Mr. Steffan and Mr. Ruckdeschel are admitted to appear before this court *pro hac vice* on behalf of Appellants Robert Semian and Other Clients of MRHFM.

**IT IS SO ORDERED.**

1

Signed: January 23, 2024

Robert J. Conrad, Jr.
United States District Judge