UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00044-RJC

| | |
|---|---|
| ROBERT SEMIAN AND OTHER CLAIMANTS OF MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC, <br><br> Appellants, <br><br> v. <br><br> ALDRICH PUMP LLC, ET AL <br><br> Appellees. <br><br> In re <br><br> ALDRICH PUMP LLC, ET AL <br><br> Debtors. | **ORDER** |

**THIS MATTER** comes before the Court on the Joint Motion of Appellants and Appellees to Defer Briefing on Appellant's Motion for Leave to Appeal. (Doc. No. 4.)

On January 11, 2024, Appellants Robert Semian and other clients of MRHFM ("Appellant") filed a Notice of Appeal to this Court from an order of the Bankruptcy Court. (Doc. No. 1.) That same day, Appellants filed a Motion for Leave to Appeal, (Doc. No. 2), and a Request for Certification of Direct Appeal to the Court of Appeals ("Motion for Direct Appeal"). On January 17, 2024, the parties filed the instant Joint Motion of Appellant and Appellee to Defer Briefing on Appellant's Motion for Leave to Appeal. (Doc. No. 4).

Recognizing that rulings related to the Motions for Direct Appeal are unlikely

1

to occur before the parties and the Court expend considerable time and resources on the Motion for Leave and in order to proceed efficiently and avoid unnecessary expenditure of the parties' and the Court's time, the Joint Motion of Appellant and Appellee to Defer Briefing on Appellants Motion for Leave to Appeal is granted.

**IT IS THEREFORE ORDERED** that:

1. The Joint Motion of Appellants and Appellees to Defer Briefing on Appellants Motion for Leave to Appeal, (Doc. No. 4), is **GRANTED**;

2. Appellants shall file notice ("Deferral Termination Notice") on this Court's docket upon the occurrence of either the entry of a final order by the Bankruptcy Court denying the Motion for Direct Appeal or the entry of a final order by the Fourth Circuit denying a petition for appeal; and

3. Appellees shall submit their response to Appellants' Motion for Leave to Appeal, (Doc. No. 2), 14 days following the filing of the Deferral Termination Notice; and

4. Appellants shall submit any reply in support of their Motion for Leave no later than 14 days after Appellees file their response.

Signed: January 24, 2024

_____
Robert J. Conrad, Jr.
United States District Judge