**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:24-cv-00044-RJC**

| | | |
|---|---|---|
| **ROBERT SEMIAN AND OTHER** | ) | |
| **CLIENTS OF MRHRM,** | ) | |
| | ) | |
| **Appellants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ALDRICH PUMP LLC, ET AL** | ) | |
| | ) | |
| **Appellees.** | ) | |
| ——————————————— | ) | |
| | ) | **ORDER** |
| **In re** | ) | |
| | ) | |
| **ALDRICH PUMP LLC, ET AL** | ) | |
| | ) | |
| **Debtors.** | ) | |
| ——————————————— | ) | |

      **THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* concerning Clayton L. Thompson, filed on January 24, 2024. (Doc. No. 9).

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion. In accordance with Local Rule 83.1(b), Mr. Thompson is admitted to appear before this court *pro hac vice* on behalf of Appellants Robert Semian and Other Clients of MRHFM.

      **IT IS SO ORDERED.**

Signed: January 30, 2024

_____
Robert J. Conrad, Jr.
United States District Judge