UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00044-RJC

| | |
|---|---|
| ROBERT SEMIAN AND OTHER CLIENTS OF MRHRFM, )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>ALDRICH PUMP LLC, ET AL. )<br>)<br>Appellees. )<br>_____ )<br>)<br>In re )<br>)<br>ALDRICH PUMP LLC, ET AL. )<br>)<br>Debtors. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the Motions for Admission *Pro Hac Vice* concerning Mark A. Cody, (Doc. No. 15), and Amanda P. Johnson, (Doc. No. 16), filed on February 28, 2024.

Upon review and consideration of the motions, which were accompanied by submission of the necessary fees, the Court hereby grants the motions. In accordance with Local Rule 83.1(b), Mr. Cody and Ms. Johnson are admitted to appear before this Court *pro hac vice* on behalf of Appellees Aldrich Pump, LLC and Murray Boiler, LLC.

**IT IS SO ORDERED.**

1

Signed: March 1, 2024

Robert J. Conrad, Jr.
United States District Judge