UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00044-RJC

| | |
|---|---|
| ROBERT SEMIAN AND OTHER CLIENTS OF MRHRM, )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>ALDRICH PUMP LLC, ET AL )<br>)<br>Appellees. )<br>_____ )<br>)<br>In re )<br>)<br>ALDRICH PUMP LLC, ET AL )<br>)<br>Debtors. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* concerning C. Kevin Marshall, filed on May 24, 2024. (Doc. No. 21).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion. In accordance with Local Rule 83.1(b), Mr. Marshall is admitted to appear before this court *pro hac vice* on behalf of Appellees Aldrich Pump, LLC and Murray Boiler, LLC.

**IT IS SO ORDERED.**

Signed: May 30, 2024

Robert J. Conrad, Jr.
United States District Judge

1